UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| IN RE:<br><br>Karrie L Thomas,<br><br>DEBTOR. | BANKRUPTCY NO. 18-00417-lmj13<br><br>STIPULATED ORDER ON<br>MOTION FOR RELIEF<br>FROM AUTOMATIC STAY |

*Date entered on docket: September 19, 2018*

NOW upon consideration of the Motion for Relief From Automatic Stay filed on behalf of Specialized Loan Servicing, LLC (Movant), having reviewed the file and noting proper service of said Motion on interested parties, further noting that the timely objection filed to the Motion by the Debtors, has been resolved pursuant to the terms of this Stipulated Order, and having been fully advised in the premises, the Court enters its findings of fact and conclusions of law determining that Debtors are in default on the payments required to be made to Specialized Loan Servicing, LLC, and therefore Movant should be granted relief from the automatic stay to foreclose its Mortgage described in Exhibit "B" attached to its Motion. In accordance therewith, it is:

ORDERED, ADJUDGED AND DECREED that the stay afforded by 11 U.S.C. Section 362 be and hereby is modified to permit Movant, its successors and assigns, to enforce its rights under the Mortgage attached as Exhibit "B" to its Motion, on the real property situated at: 3226 Kinsey Avenue, Des Moines, IA 50317, and legally described as follows:

Lot Twenty-eight (28) in Block One (1) in Out-Look Park, and Official Plat, now included in and forming a part of the City of Des Moines, Polk County, Iowa.

PROVIDED HOWEVER, that the effectiveness of this Order shall be stayed so long as the Debtors make payment to Movant in the amount of **$1,712.30.**

| | | | | |
|---|---|---|---|---|
| 4 Missed payments | 06/01/2018- 09/01/2018 at | $452.05 = | | $1,808.20 |
| Suspense Balance | | $(95.90)= | | $(95.90) |
| | | | TOTAL: | $1,712.30 |

The payment will be made as follows: **$1,712.30** to be paid as in five equal monthly payments of **$285.38**, paid on or before each of: October 15, 2018, November 15, 2018; December 15, 2018, January 15, 2019, February 15, 2019, and one payment of **$285.40**, paid on or before March 15, 2019; additionally Debtors shall remain current in their mortgage payments to be made to Movant outside of the plan of reorganization for the months of October 1, 2018 and following. All payments shall be made to Specialized Loan Servicing, LLC at:

Specialized Loan Servicing, LLC
8742 Lucent Boulevard, Suite 300
Highlands Ranch, CO 80129

If Debtors shall fail to make payment of any of the amounts described herein within 15 days of the due date for such payment, then Movant, its successors or assigns may send Debtors one Notice of Default, with a charge to Debtors of $50.00. Upon the second failure to make payment of any of the amounts described herein within 15 days of the due date for such payment, then Movant, its successors or assigns, may file an Affidavit with this Court specifying with particularity the nature of the default. Upon the filing of such an Affidavit of Default this Order shall be effective immediately and the automatic stay shall be terminated without further action or Order of this Court and the fourteen day stay provided for in Bankruptcy Rule 4001(a)(3) shall not apply.

/s/ Lee M. Jackwig
UNITED STATES BANKRUPTCY JUDGE

Approved as to substance and form by:

_/s/ signature_

C. Anthony Crnic
License/Bar Number: AT0009864
THE SAYER LAW GROUP, P.C.
925 E. 4th St
Waterloo, IA 50703-3925
Telephone: 515-650-3003
Facsimile: 319-232-6341
tcrnic@sayerlaw.com
bankruptcy@sayerlaw.com
Attorney for Specialized Loan Servicing, LLC

_/s/ signature_

John M Miller
974 73rd St, Ste 15
West Des Moines, IA 50265
lisar@johnmillerlaw.com
Attorney for the Debtor

Carol F Dunbar
c/o Elizabeth E Goodman
505 5th Ave, Ste 520
Des Moines, IA 50309
chapter13@qwestoffice.net

U.S. Trustee
United States Trustee
Federal Bldg, Room 793
210 Walnut Street
Des Moines, IA 50309
(515) 284-4982

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case